■ In the Matter of CRANSTON KELLEY, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Watson v Coughlin,* 132 AD2d 831, *affd* 72 NY2d 965; *Matter of Howard v Kelly,* 115 AD2d 1011, *appeal withdrawn* 67 NY2d 938). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY TOPOREK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—reckless endangerment, first degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE EVANS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—attempted criminal sale of controlled substance, third degree.) Present—Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.